CLOSED, JHS, STAYED

# U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:09–cv–01040–GPM–CJP

Havron v. ATTInc. et al
Assigned to: Judge G. Patrick Murphy
Referred to: Magistrate Judge Clifford J. Proud
Cause: 28:1332 Diversity–Other Contract

Date Filed: 12/15/2009
Date Terminated: 04/19/2010
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Christopher R. Havron**
*individually and on behalf of all others
similarly situated*

represented by **Edward D. Robertson , Jr.**
Bartimus Frickleton Robertson &Gorny
715 Swifts Highway
Jefferson Ciy, MO 65109
573–659–4454
Email: chiprob@earthlink.net
*ATTORNEY TO BE NOTICED*

**Harry Huge**
The Huge Law Firm PLLC
1080 Wisconsin Avenue NW
Suite 3016
Washington, DC 20007
843–793–4702
Email: harryhuge@comcast.net
*ATTORNEY TO BE NOTICED*

**Jim P. Frickleton**
Bartimus Frickleton Robertson &Gorny–
(Kansas)
11150 Overbrook Road
Suite 200
Leawood, KS 66211
913–266–2300
Email: jimf@bflawfirm.com
*ATTORNEY TO BE NOTICED*

**Mark C. Goldenberg**
Goldenberg Heller et al.
Generally Admitted
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025
618–656–5150
Email: Mark@ghalaw.com
*ATTORNEY TO BE NOTICED*

**Mary D. Winter**
Bartimus Frickleton Robertson &Gorny
715 Swifts Highway
Jefferson Ciy, MO 65109

573–659–4454
Email: marywinter@earthlink.net
*ATTORNEY TO BE NOTICED*

**Theodore Huge**
Theodore Huge Law Firm LL
31 Broad Street
Charleston, SC 29401
843–793–4702
Email: thh@thehugelawfirm.com
*ATTORNEY TO BE NOTICED*

**Thomas P. Rosenfeld**
Goldenberg Heller et al.
Generally Admitted
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025
618–656–5150
Fax: 618–656–6230
Email: tom@ghalaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ATTInc.**                                    represented by   **Robert J. Wagner**
*a Delaware Corporation*                                        Thompson Coburn – St. Louis
                                                               Generally Admitted
                                                               One US Bank Plaza
                                                               27th Floor
                                                               St. Louis, MO 63101–2183
                                                               314–552–6000
                                                               Email: rwagner@thompsoncoburn.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Roman P. Wuller**
                                                               Thompson Coburn – St. Louis
                                                               Generally Admitted
                                                               One US Bank Plaza
                                                               Suite 2600
                                                               St. Louis, MO 63101
                                                               314–552–6000
                                                               Email: rwuller@thompsoncoburn.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**ATTMobility, LLC**                          represented by   **Robert J. Wagner**
*a Delaware Corporation*                                        (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Roman P. Wuller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2009 | Ï 1 | Case Opened. Filing Fee Due. Documents may now be electronically filed. Case number 09–1040–MJR must be placed on all documents prior to filing them electronically. (Attachments: # 1 consent to magistrate judge)(lmt) (Entered: 12/15/2009) |
| 12/15/2009 | Ï 2 | COMPLAINT *Class Action Complaint* against ATTInc., ATTMobility, LLC ( Filing fee $ 350 receipt number 0754–1013903.), filed by Christopher R. Havron. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet)(Goldenberg, Mark) (Entered: 12/15/2009) |
| 12/15/2009 | Ï 3 | MOTION to Appear Pro Hac Vice by AttorneyThomas P. Rosenfeld $100 fee paid,receipt number 0754–1013952 by on behalf of Christopher R. Havron. (Rosenfeld, Thomas) (Entered: 12/15/2009) |
| 12/16/2009 | Ï 4 | ORDER OF RECUSAL. Judge Michael J. Reagan recused. Case reassigned to Judge G. Patrick Murphy for all further proceedings. Signed by Judge Michael J. Reagan on 12/16/09. (acm) (Entered: 12/16/2009) |
| 12/16/2009 | Ï 5 | MOTION to Appear Pro Hac Vice by AttorneyEdward D. Robertson, Jr $100 fee paid,receipt number 0754–1014785 by on behalf of Christopher R. Havron. (Robertson, Edward) (Entered: 12/16/2009) |
| 12/16/2009 | Ï 6 | MOTION to Appear Pro Hac Vice by AttorneyMary D. Winter $100 fee paid,receipt number 0754–1014848 by on behalf of Christopher R. Havron. (Winter, Mary) (Entered: 12/16/2009) |
| 12/16/2009 | Ï 7 | ORDER: Not later than 12:00 p.m. on Monday, December 21, 2009, Plaintiff Christopher R. Havron shall file a first amended complaint properly alleging the amount in controversy in this case for purposes of federal subject matter jurisdiction based upon diversity of citizenship pursuant to 28 U.S.C. § 1332, as amended by the Class Action Fairness Act of 2005, Pub. L. No. 109–2, 119 Stat. 4 (codified in scattered sections of 28 U.S.C.). The jurisdictional allegations of Plaintiff's first amended complaint shall omit all reference to information and belief. Signed by Judge G. Patrick Murphy on 12/16/2009. (jhs) (Entered: 12/16/2009) |
| 12/17/2009 | Ï 8 | MOTION to Appear Pro Hac Vice by AttorneyJim P. Frickleton $100 fee paid,receipt number 0754–1014935 by on behalf of Christopher R. Havron. (Frickleton, Jim) (Entered: 12/17/2009) |
| 12/17/2009 | Ï 9 | ORDER granting 3 Motion to Appear Pro Hac Vice for Attorney Thomas P Rosenfeld; granting 5 Motion to Appear Pro Hac Vice for Attorney Edward D Robertson, Jr; granting 6 Motion to Appear Pro Hac Vice for Attorney Mary D Winter; and granting 8 Motion to Appear Pro Hac Vice for Attorney Jim P Frickleton. (jaj)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 12/17/2009) |
| 12/18/2009 | Ï 10 | MOTION to Appear Pro Hac Vice by AttorneyHarry Huge $100 fee paid,receipt number 0754–1015959 by on behalf of Christopher R. Havron. (Huge, Harry) (Entered: 12/18/2009) |
| 12/18/2009 | Ï 11 | MOTION to Appear Pro Hac Vice by AttorneyTheodore Huge $100 fee paid,receipt number 0754–1016001 by on behalf of Christopher R. Havron. (Huge, Theodore) (Entered: 12/18/2009) |
| 12/18/2009 | Ï 12 | AMENDED COMPLAINT against ATTInc., ATTMobility, LLC, filed by Christopher R. Havron.(Goldenberg, Mark) (Entered: 12/18/2009) |

| 12/21/2009 | 13 | ORDER granting re 10 MOTION to Appear Pro Hac Vice by Attorney Harry Huge filed by Christopher R. Havron and 11 MOTION to Appear Pro Hac Vice by Attorney Theodore Huge filed by Christopher R. Havron. (lmt) (Entered: 12/21/2009) |
|---|---|---|
| 01/19/2010 | 14 | NOTICE of Appearance by Roman P. Wuller on behalf of ATTInc., ATTMobility, LLC (Wuller, Roman) (Entered: 01/19/2010) |
| 01/19/2010 | 15 | NOTICE of Appearance by Robert J. Wagner on behalf of ATTInc., ATTMobility, LLC (Wagner, Robert) (Entered: 01/19/2010) |
| 01/19/2010 | 16 | Consent MOTION to Stay by ATTInc., ATTMobility, LLC. (Attachments: # 1 Exhibit A)(Wagner, Robert) (Entered: 01/19/2010) |
| 01/19/2010 | 17 | ORDER granting 16 Consent Motion to Stay brought by Defendants ATInc., and ATTMobility, LLC. This action is stayed pending a decision by the Judicial Panel on Multidistrict Litigation concerning centralization of this and related actions in a multidistrict litigation proceeding for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Signed by Judge G. Patrick Murphy on 1/19/2010. (jhs) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 01/19/2010) |
| 02/09/2010 | 18 | WAIVER OF SERVICE Returned Executed by Christopher R. Havron. ATTMobility, LLC waiver sent on 12/16/2009, answer due 2/16/2010. (Rosenfeld, Thomas) (Entered: 02/09/2010) |
| 02/12/2010 | 19 | ORDER OF CLARIFICATION: In light of the stay entered in this case on January 19, 2010, Defendants ATInc., and ATTMobility, LLC, are not expected by the Court to answer or otherwise plead to Plaintiff Christopher R. Havron's complaint during the pendency of the stay. Signed by Judge G. Patrick Murphy on 2/12/2010. (jhs) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 02/12/2010) |
| 04/07/2010 | 20 | PRELIMINARY TRANSFER ORDER by Judicial Panel on Multidistrict Litigation (dmw) (Entered: 04/08/2010) |
| 04/19/2010 | 21 | TRANSFER ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to Northern District of IL, MDL 2147 In re ATTMobility Wireless Data Services Sales Tax Litigation. (Attachments: # 1 Cover Letter from NDIL)(myz) (Entered: 04/19/2010) |